IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, undersigned counsel hereby certify that:

1. The Associated Press is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

2. Cable News Network, Inc. ("CNN"), a Delaware corporation, is a wholly owned subsidiary of Turner Broadcasting System, Inc., which is an indirect subsidiary of Time Warner Inc., a publicly traded corporation. No entity or person owns more than 10 percent of Time Warner Inc.'s issued outstanding common stock.

3. The New York Times Company, a publicly traded company, has no parent company and one publicly held corporation, Grupo Financiero Inbursa, S.A.B. de C.V., owns more than 10 percent of its stock through affiliated entities.

4. POLITICO LLC is a wholly owned subsidiary of privately held Capitol News Company, LLC.

5. WP Company LLC d/b/a The Washington Post is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: April 25, 2018  BALLARD SPAHR LLP

By: /s/ Jay Ward Brown

Jay Ward Brown (D.C. Bar No. 437686)
brownjay@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post*