## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. 1:18-mc-00041-ABJ |

### NOTICE OF APPEARANCE OF MATTHEW E. KELLEY, ESQ.

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post, and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated: April 26, 2018            BALLARD SPAHR LLP

By:   */s/Matthew E. Kelley*

Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1112
F: (202) 661-2299

*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; POLITICO, LLC; and WP Co., LLC, d/b/a/ the Washington Post*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2018, I caused the foregoing Notice of Appearance of Matthew E. Kelley, Esq. to be filed and served electronically via the Court's ECF system upon counsel of record.

                                                 */s/ Matthew E. Kelley*
                                                 Matthew E. Kelley