UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IN THE MATTER OF THE                )
APPLICATION OF THE                  )
ASSOCIATED PRESS; CABLE             )
NEWS NETWORK, INC.; THE NEW         )
YORK TIMES CO.; POLITICO LLC;       )   Misc. Action No. 18-0041 (ABJ)
AND WP CO., LLC , d/b/a THE         )
WASHINGTON POST FOR ACCESS          )
TO CERTAIN SEALED                   )
COURT RECORDS                       )
_____)

# ORDER

The Rules of the United States District Court of the District of Columbia govern the internal assignment of applications for relief filed in criminal cases by persons who are not parties to the case. Local Rule 57.6 provides:

> Any news organization or other interested person, other than a party or a subpoenaed witness, who seeks relief relating to any aspect of the proceedings in a criminal case shall file an application for such relief in the Miscellaneous Docket of the Court. . . . The application shall be served on the parties to the criminal case and shall be referred by the Clerk to the trial judge assigned to the criminal case for determination.

LCrR 57.6.

The implementation of that rule has been complicated in this case by the fact that the application seeks access to records related to seven pending criminal matters assigned to four different judges of this court. *See* Mot. for Public Access to Certain Sealed Ct .Rs. [Dkt. # 1] at 2. While there are general legal principles involving the need to balance the First Amendment right of public access to court records against the government's need for secrecy in ongoing criminal

investigations that pertain to all of the cases, there may be unique facts or circumstances that militate for or against disclosure in any particular case.  Therefore, it is hereby ORDERED that:

> The instant application, 18-mc-0041, shall be deemed to be limited to a request for court records related to *United States v. Manafort,* 17-cr-201-ABJ, *United States v. Gates,* 17-cr-201-2-ABJ, and *United States v. van der Zwaan,* 18-cr-0031-ABJ;
>
> applicants may refile separate motions with respect to: 1) *United States v. Flynn,* 17-cr-232-EGS; 2) *United States v. Papadopoulos,* 17-cr-182-RDM; and 3) *United States v. Pinedo,* 18-cr-024-DLF and *United States v. Internet Research Agency, et. al,* 18-cr-32-DLF, and the Clerk shall refer each to the trial judge assigned to the criminal case or cases involved; and
>
> pursuant to the Local Rule, the separate applications shall be served on the parties to the criminal case or cases.

SO ORDERED.

*[signature: Amy B Jackson]*

AMY BERMAN JACKSON
United States District Judge

DATE:  May 25, 2018