**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS** | Case No. 1:18-mc-00041-ABJ |

## **SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, undersigned counsel hereby supplement the petitioners' Corporate Disclosure Statement (Dkt. 2) and certify that:

Cable News Network, Inc. ("CNN"), a Delaware corporation, is a wholly owned subsidiary of Turner Broadcasting System, Inc., which formerly was an indirect subsidiary of Time Warner Inc. Time Warner Inc.'s successor in interest is Warner Media, LLC, a direct wholly-owned subsidiary of AT&T Inc., a publicly traded corporation. AT&T Inc. has no parent company and, to the best of CNN's knowledge, no publicly held company owns ten percent or more of AT&T's stock.

This representation is made in order that judges of this Court may determine the need for recusal.

2

Respectfully submitted,

Dated: June 29, 2018    BALLARD SPAHR LLP


By:   */s/ Jay Ward Brown*

Jay Ward Brown (D.C. Bar No. 437686)
brownjay@balladspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 508-1136
F: (202) 661-2299

*Counsel for The Associated Press; Cable News Network, Inc.; The New York Times Co.; and WP Co., LLC, d/b/a/ the Washington Post*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2018, I caused the foregoing Supplemental Corporate Disclosure Statement to be filed and served electronically via the Court's ECF system upon counsel of record, as follows:

Robert S. Mueller III
Michael R. Dreeben
Andrew Weissmann
Adam C. Jed
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue, NW
Room B-103
Washington, DC 20530
(202) 616-0800

*Counsel for the United States of America*

Kevin M. Downing
Law Office of Kevin M. Downing
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 754-1992
kevindowning@kdowninglaw.com

Thomas E. Zehnle
Law Office of Thomas E. Zehnle
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
(202) 368-4668
tezehnle@gmail.com

*Counsel for Paul J. Manafort, Jr.*

I further certify that I caused the foregoing Supplemental Corporate Disclosure Statement to be served via electronic mail and U.S. Mail on the following:

Thomas C. Green
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8069
tcgreen@sidley.com

*Counsel for Richard W. Gates, III*

David Edward Mills
COOLEY, LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 776-2865
dmills@cooley.com

Laura Grossfield Birger
Nicholas Andrew Flath
William Jay Schwartz
COOLEY, LLP
114 Avenue of the Americas
46th Floor
New York, NY 10036
(212) 479-6079
lbirger@cooley.com
nflath@cooley.com
wschwartz@cooley.com

*Counsel for Alex van der Zwaan*

                                                 */s/Jay Ward Brown*
                                                 Jay Ward Brown