## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. 1:18-mc-41 (ABJ) |

## **NOTICE**

In response to the Court's Order of August 10, 2018 (Doc. 16), the government has reviewed the warrants and has confirmed that they have not been unsealed by the court in the Eastern District of Virginia and that the redacted warrants have been provided to the defendant, Paul J. Manafort, Jr. Moreover, the government has reviewed whether there is any material in the redacted portions of those warrants that became a matter of public record during the trial. As a result of that review, the government is filing versions of those warrants that no longer redact information that was made public in the Eastern District of Virginia trial.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: August 30, 2018            By:   _/s/ Andrew Weissmann_____
Andrew Weissmann
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorney for the United States of America*