UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ASSOCIATED PRESS; CABLE NEWS NETWORK, INC.; THE NEW YORK TIMES CO.; POLITICO LLC; AND WP CO., LLC, d/b/a THE WASHINGTON POST FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 18-0041 (ABJ) |

## FINAL ORDER

A coalition of media organizations has filed a motion to obtain access to court documents filed under seal and generated in connection with an ongoing criminal investigation being conducted by the Office of Special Counsel. This order addresses the remaining documents at issue in this matter. For the reasons set forth below, and in the orders of July 9, 2018 [Dkt. # 14] ("July 9 Order") and August 10, 2018 [Dkt. # 16] ("Aug. 10 Order"), it is ORDERED that the coalition's motion is GRANTED IN PART and DENIED IN PART.

The coalition seeks access to the sealed information contained in documents relating to the following search warrants obtained as part of the government's investigation and prosecution of *United States v. Manafort*, No. 17-cr-201:

| Search Warrant | Case No. |
|---|---|
| *In the Matter of the Search of Information Associated With [Two Email Accounts]* | 17-mj-0612 |
| *In the Matter of the Search of Hard Drive with Serial Number WXB1AA006666* | 17-mj-0496 |
| *In the Matter of the Seizure of Funds from Accounts at [Bank]* | 17-mj-0783 |

| | |
|---|---|
| *In the Matter of the Seizure of Funds from Accounts at [Bank]* | 17-mj-0784 |
| *In the Matter of the Seizure of Funds from Accounts at [Bank]* | 17-mj-0785 |
| *In the Matter of the Search of Information Associated with [Email Account]* | 17-mj-0611 |
| *In the Matter of the Search of Information Associated with Five Telephone Numbers Controlled by AT&T* | 18-sc-0609 |
| *In the Matter of the Search of Information Associated with [Email Account] Stored at Premises Controlled by Apple* | 17-sc-1042 |
| *In the Matter of the Search of the [Residence] Alexandria, Virginia 20815* | 17-sw-0449 |
| *In the Matter of the Search of the [Storage Unit]* | 17-sw-0249 |

The Court has reviewed fully unredacted versions of them all.

On July 9, 2018, the Court denied the coalition's motion with respect to the two warrants[1] for the reasons stated in a May 29, 2018 ruling in the criminal case, Order [Dkt. # 312], *United States v. Manafort*, No. 17-cr-201 (D.D.C. May 29, 2018), and given the ongoing nature of the criminal proceedings at that time.  *See* July 9 Order at 2.  The Court then ordered the government and Manafort to inform the Court whether any sealed information in the other warrant materials had been made public during Mr. Manafort's trial in the Eastern District of Virginia and could now be unsealed.  *See* Aug. 10 Order at 2–3.  In response, on August 30, 2018, the government docketed revised versions of five of the warrant applications with fewer redactions.  *See* Notice [Dkt. # 17]

---

1      *In the Matter of the Search of Information Associated with [Email Account]*, No. 17-mj-0611, and *In the Matter of the Search of Information Associated with Five Telephone Numbers Controlled by AT&T*, No. 18-sc-0609.

...

and its attachments [Dkt. ## 17-1 through 17-5].[2] The Court's review of the unredacted documents reveals that the information that remains under seal in these materials includes the private information of non-parties, financial information, and non-public information concerning the government's ongoing criminal investigation. Therefore, the coalition's motion will be denied with respect to any remaining redactions in the five warrant applications docketed on August 30, 2018.

With respect to the affidavits in support of the last three search warrants listed above, which relate to the email account stored at premises controlled by Apple, Manafort's Alexandria residence, and a storage unit, the government filed a version of the warrant materials for the search of the residence with fewer redactions on July 9, 2018, but it did not do so for the other two warrants. *See* Notice of Submission [Dkt. # 340], *United States v. Manafort*, No. 17-cr-201 (D.D.C. July 9, 2018). Pursuant to the August 10 Order, the government notified the Court on August 30, 2018 that neither the warrant for the residence nor the storage unit had been unsealed by the court in the Eastern District of Virginia, and that even Manafort had only received redacted versions of the materials. *See* Notice [Dkt. # 17] at 1. The Court finds that the information that remains under seal in these three search warrants includes the private information of non-parties, financial information, and non-public information concerning the government's ongoing criminal investigation. Therefore, the coalition's motion with respect to any remaining redactions in these materials is also hereby denied.

---

2   *In the Matter of the Search of Information Associated With [Two Email Accounts]*, No. 17-mj-0612; *In the Matter of the Search of Hard Drive with Serial Number WXB1AA006666*, No. 17-mj-0496; *In the Matter of the Seizure of Funds from Accounts at [Bank]*, No. 17-mj-0783; *In the Matter of the Seizure of Funds from Accounts at [Bank]*, No. 17-mj-0784; *In the Matter of the Seizure of Funds from Accounts at [Bank]*, No. 17-mj-0785.

As for exhibit 2 attached to defendant Richard W. Gates III's motion for leave to file under seal, [Dkt. # 166-2], filed in *United States v. Manafort*, No. 17-cr-201 (D.D.C. Feb. 6, 2018), defendant Gates has stated that he does not object to the unsealing of the exhibit.  Def. Gate's Resp. to the Court's Oct. 2, 2018 Minute Order [Dkt. # 440], *United States v. Manafort*, No. 17-cr-201 (D.D.C. Oct. 4, 2018).  Accordingly, the Clerk of Court is directed to unseal [Dkt. # 166-2], exhibit 2 to the motion for leave to file under seal.  A copy of this order will be filed in *United States v. Manafort*, No. 17-cr-0201, to facilitate compliance with this order.

The order completes the Court's consideration of all of the requests in the media coalition's motion as it was narrowed pursuant to the order of May 25, 2018 [Dkt. # 10].  For the reasons stated above and in the Court's orders dated July 9, 2018 [Dkt. # 14] and August 10, 2018 [Dkt. # 16], the coalition's motion has been, or is now, is GRANTED IN PART and DENIED IN PART.  This is a final appealable order.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE:  October 9, 2018